IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LELIE M. MILIAN JIMENEZ

Debtor

* CASE NO. 13-00071 MCF

* CHAPTER 13

\* \* \* \* \* \* \* \*

## MOTION SUBMITTING DOCUMENTS OR SUPPORTIVE EVIDENCE IN OPPOSITION TO TRUSTEE'S OBJECTION TO PROOF OF CLAIM #03 FILED BY EDWIN PEREZ APONTE

TO THE HONORABLE COURT:

Now comes secured creditor Edwin Pérez Aponte, by his undersigned attorney and respectfully alleges:

1. That on February 21, 2013, Trustee filed an Objection to Claim #03, to herein creditor, on the grounds of "lacks copy of mortgage note, mortgage deed and/or evidence of perfection of security".

2. That in the instant case herein secured creditor filed a Proof of Claim # 03, for the amount of $34,118.79 dollars, on February 20, 2013.

3. Enclosed with this Motion photocopy of the supportive documents or evidence of secured claim filed by Edwin Pérez Aponte, to wit: Title Search and Mortgage Note.

WHEREFORE, appearing secured creditor prays this Honorable Court denies Trustee's Objection to the Claim #03 of herein creditor and Order Trustee pay the claim in full.

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Roberto Figueroa Carrasquillo, Esq., e.mail: rfigueroa@rfclawpr.com,

Alejandro Oliveras, Chapter 13 Trustee, E.mail: aoreef@ch13sju.com; Monsita Lecaroz Arribas, U.S. Trustee, e.mail: ustpregion21.hr.ecf@usdoj.gov.

In San Juan, Puerto Rico, on this 5th day of March of 2013.

/S/ Luis Fred Salgado
LUIS FRED SALGADO, Esq. (117003)
PMB 15
267 Sierra Morena St.
San Juan, P.R. 00926-5583
Phone: (787) 273-0635
e.mail: luisfredsalgado@hotmail.com

Case:13-00071-MCF13 Doc#:13 Filed:03/05/13 Entered:03/05/13 13:52:00 Desc: Main
Document Page 2 of 5

CERTIFICADO DE ESTUDIO DE TITULO

**SOLICITANTE:** EDWIN PÉREZ APONTE          **REGISTRO:** CAGUAS I

El que suscribe **CERTIFICA:**

**PRIMERO:** Que ha examinado todos los libros del Registro de la Propiedad y demás récords públicos relativos a la descripción, títulos y cargas de la propiedad descrita a continuación:

----**RUSTICA:** Predio de terreno de **UNO PUNTO SEISCIENTOS ONCE CUERDAS (1.611)** equivalente a **SEIS MIL TRESCIENTOS TREINTA Y UNO PUNTO NUEVE TRES NUEVE CINCO (6,331,9395) METROS CUADRADOS** radicado en el Barrio Cañaboncito del término municipal de Caguas, Puerto Rico, en lindes por el **NORTE**, con Castor Flores; por el **SUR**, con Ismael Rodríguez; por el **ESTE**, con Juan Navarro; y por el **OESTE**, con Ramal siete mil setecientos ochenta y cuatro (7784).

----Enclava una edificación dedicada a la vivienda.

----Se segrega de la finca 18,809 inscrito al folio 185vto. del tomo 574 de Caguas.

**SEGUNDO:** Que dicha propiedad aparece inscrita a favor de:

**LESLIE MARIE MILIAN JIMÉNEZ, soltera**

**TERCERO:** Que de acuerdo con dichos libros, el título de esta propiedad es de (XX) DOMINIO ( ) POSESION, y fue adquirido según se expresa a continuación:

----Por **compra** a: Wilfredo Rodríguez Diaz, soltero, por **$154,000.00**, según consta de la escritura #591, otorgada en San Juan, Puerto Rico el día 3 de octubre de 2000, ante el Notario Público Lesbia Hernández Miranda, inscrito al folio #222vlto del tomo #1434 de Caguas I, finca **#50313**, inscripción 4ta.

**CUARTO:** Que la propiedad se halla afecta a los siguientes gravámenes:

----**HIPOTECA:** En garantía de un pagaré a favor de Preferred Mortgage Corporation, o a su orden por **$153,375.00**, con intereses al 9% anual, vence el 1ro de octubre de 2030, crédito ejecutivo 10% del principal, se tasa en $153,375.00, según consta de la escritura #592, otorgada en San Juan, Puerto Rico el día 3 de octubre de 2000, ante el Notario Público Lesbia Hernández Miranda, inscrito al folio móvil #1572 de Caguas I, finca **#50313**, inscripción 5ta.

----**PRESENTADO AL ASIENTO #191 DEL DIARIO #1077**, se presentó el día 6 de agosto de 2003, escritura #36, otorgada en Caguas, Puerto Rico el día 17 de julio de 2003, ante el Notario Público Miguel A. Vázquez Rivera, mediante la cual comparece Leslie Marie Milian Jiménez, soltera, a constituir hipoteca a favor del Portador, por $13,000.00, sin intereses, vence en un año, crédito ejecutivo 10% del principal, se tasa en $14,300.00.

**OBSERVACION: Esta hipoteca fue inscrita en virtud bajo la Ley #216 del 27 de diciembre del 2010, efectiva el 10 de febrero del 2011.**

**SERVIDUMBRES:** Libre

**CONDICIONES RESTRICTIVAS:** Libre

**REVISADOS:** Registros de Embargos, Sentencias, Contribuciones Federales, Registro de Embargos Estado Libre Asociado de Puerto Rico, Ley #12, NADA HASTA EL TITULAR INSCRITO, Bitácora Eléctronica y Sistema Agora, hoy 27 de febrero de 2013.

**Continua*****



**LUIS REYES VAZQUEZ & ASSOCIATES**
ESTUDIOS DE TITULOS

CONDOMINIO EL CENTRO II OFICINA 254, SAN JUAN, PUERTO RICO 00918
TEL.: (787) 753-1011 • 753-0570 / FAX: (787) 758-4445 • 274-1519 / E-mail: lrvtitle@prtc.net

EDWIN PEREZ APONTE
FINCA #50313 DE CAGUAS 1
PAG. 2

**OBSERVACION:** Esta sección del Registro tiene establecido un sistema computadorizado de operaciones. Esta oficina <u>NO</u> se hace responsable por errores y/u omisiones que cometa el empleado del Registro de la Propiedad en la entrada y búsqueda de datos en el mismo.

LUIS REYES VAZQUEZ & ASSOCIATES
IM/msg/sfq/sfq/TR/mvt/jgs/mmp

Este documento no es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal y el mismo está condicionado para darle cubierta por algún error u omisión cometido, exclusivamente para nuestro cliente, quien es el solicitante arriba indicado. Si este documento es utilizado por algún Agente, Agencia o Compañía de Seguros para expedir pólizas que no sean suscritas por el suscribiente, lo hacen bajo su propio riesgo y responsabilidad.

PAGARE HIPOTECARIO:- POR $13,000.00——————————————————————

VENCIMIENTO:- UN AÑO——————————————————————————

---DEBO Y PAGARÉ al portador del presente pagaré, en su domicilio, en el término de UN AÑO, la suma de TRECE MIL DOLARES ($13,000.00) de principal.————————————————

---Dicha suma no devengará intereses de plazo, pero devengará intereses de mora a razón de doce por ciento anual.————————————————————————————

---La falta de pago de los intereses pactados al igual que las contribuciones impuestas o que pudieran imponerse a la propiedad hipotecada o la quiebra voluntaria o involuntaria del deudor, dará derecho al acreedor a declarar la deuda vencida en su totalidad y proceder al cobro de la misma por la vía judicial, pero entendiéndose que si en cualquier momento dado el acreedor no hiciera uso de tal derecho, ello no se entenderá que renuncia al mismo.————————————————

---Me comprometo y obligo a pagar, además, una suma igual al diez por ciento (10%) del principal de esta obligación para costas, gastos y honorarios de abogado en caso de ejecución o reclamación judicial, cuya suma se considerará líquida y exigible por el solo hecho de la radicación de la demanda, aunque los procedimientos se sigan en rebeldía o no se lleven a cabo hasta su completa terminación por virtud de un arreglo o transacción————————————————

---El importe de esta obligación, sus intereses y demás créditos accesorios están garantizados con hipoteca sobre propiedad inmueble, según aparece en la escritura número treinta y seis, otorgada en esta misma fecha y ante el Notario Miguel A. Vázquez Rivera.————————————————

---Renuncio a la presentación, protesto y aviso de no haber sido honrado este pagaré y asímismo renuncio a las leyes de prescripción que puedan favorecerme y me someto a la jurisdicción de los Tribunales que el tenedor --elija en caso de ejecución o reclamación judicial. ————————————

---En testimonio de lo cual libro el presente PAGARE en la ciudad de Caguas, Puerto Rico, a diecisiete de julio de dos mil tres.————————————————————————

*[signature]*

**LELIE MARIE MILIAN JIMENEZ**

AFFIDAVIT NUM. 11,868

Reconocido y suscrito ante mi por Lelie Marie Milian Jiménez, mayor de edad, soltera, propietaria, y vecina de Caguas, Puerto Rico, a quien DOY FE de identificar mediante su licencia de conducir número 4268267, la que contiene su foto y firma, en Caguas, Puerto Rico, hoy diecisiete de julio de dos mil tres.————————————————————————————

*[signature]*

**NOTARIO PUBLICO**