IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LELIE MARIE MILIAN JIMENEZ

DEBTOR

\* CASE NO. 13-00071 MCF

\* CHAPTER 13

\*

*******************************************

## MOTION REQUESTING VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

NOW COMES, **LELIE MARIE MILIAN JIMENEZ,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On January 9, 2013, the debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The debtor, Lelie Marie Milian Jimenez, respectfully requests a voluntary dismissal of her bankruptcy case. 11 U.S.C. §1307.

3. There have been no prior cases and no prior conversions.

**WHEREFORE**, Lelie Marie Milian Jimenez, petitioner in the above captioned case, very respectfully requests this Honorable Court enter an Order dismissing the present bankruptcy case.

IT IS HEREBY CERTIFIED, that on this same date a copy of the present motion was filed with the Clerk of the Court using the CM/ECF system which will send notification to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee; US Trustee's Office; and I also certify that a copy of this motion was sent via regular US Postal Mail to Lelie M Milian Jimenez, RR 3 Box 7000 Cidra PR 00739, debtor; and to all creditors appearing from the attached master address list.

Page -2-
Motion for Voluntary Dismissal
Case no. 13-00071 MCF13

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 5th day of August, 2013.

/s/R. Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614/ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Certifico que he leído esta Moción y que la misma ha sido redactada de acuerdo a mis instrucciones, habiendoseme advertido de todas las consecuencias legales que esto implica. En Caguas, Puerto Rico, hoy 5 de agosto de 2013.

LELIE MARIE MILJAN JIMENEZ

MILIAN JIMENEZ, LELIE MARIE
RR 3 BOX 7000
CIDRA, PR  00739-9321


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677


CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387


DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR  00902-4140


DORAL BANK
1451 AVE FD ROOSEVELT
SAN JUAN, PR  00920-2717


EDWIN PEREZ APONTE
C/O HERIBERTO MARTINEZ MADERA
PO BOX 22
CAGUAS, PR  00726-0022


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346